**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br><br>    Plaintiff,<br><br> v.<br><br>DOMINGUEZ, *et al.*,<br><br>    Defendants. | No. 1:25-cv-00889 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 12) |

Michael Bruce Anthony McPherson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 10, 2026, the magistrate judge screened the complaint and found that Plaintiff stated a cognizable claim against Defendant John Doe #1 for violation of the Eighth Amendment for the incident on January 13, 2025, but failed to state a cognizable claim against any other defendant. (Doc. 10.) The Court ordered Plaintiff to file an amended complaint or to notify the Court of his willingness to proceed only on the cognizable claim identified by the Court. (*Id.*) On February 23, 2026, Plaintiff notified the Court of his willingness to proceed only on the cognizable claim identified by the Court. (Doc. 11.)

On March 3, 2026, following Plaintiff's notice, the magistrate judge issued findings and recommendations that recommended this action proceed on Plaintiff's complaint, filed July 22, 2025, against Defendant John Doe #1 for violation of the Eighth Amendment for the incident on

1

January 13, 2025, and that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (Doc. 12.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days. (*Id.*) Plaintiff filed objections on March 16, 2026. (Doc. 13.)

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Plaintiff's conclusory assertion that B. Lyons and J. Dominguez are at fault provides no basis for rejecting the findings and recommendations. Plaintiff's additional assertions regarding a conspiracy and the U.S. Marshals appear unrelated to the claims asserted in his complaint. (Doc. 13.) Thus, the Court **ORDERS**:

1. The findings and recommendations issued on March 3, 2026, (Doc. 12), are **ADOPTED**.

2. This action **SHALL PROCEED** on Plaintiff's complaint against Defendant John Doe #1 for violation of the Eighth Amendment for the incident on January 13, 2025.

3. All other claims and defendants are **DISMISSED** based on Plaintiff's failure to state claims upon which relief may be granted.

4. The action is referred to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **March 20, 2026**

UNITED STATES DISTRICT JUDGE

2