# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRUCE ANTHONY MCPHERSON,

Plaintiff,

v.

DOMINGUEZ, *et al.*,

Defendants.

Case No.  1:25-cv-00889-JLT-BAM (PC)

ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANT JOHN DOE #1 FOR SERVICE OF PROCESS

**NINETY (90) DAY DEADLINE**

Plaintiff Michael Bruce Anthony McPherson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 23, 2026, the Court ordered that this action proceed on Plaintiff's complaint against Defendant John Doe #1 for violation of the Eighth Amendment for the incident on January 13, 2025.  (ECF No. 14.)

At this time, the Court does not find service appropriate for Defendant John Doe #1 because the U.S. Marshal cannot serve a Doe Defendant.  Therefore, before the Court orders the U.S. Marshal to serve Defendant John Doe #1, Plaintiff will be required to identify him with enough information to locate the defendant for service of process.  Once Plaintiff identifies Defendant John Doe #1 for service, he should file a motion to substitute the identity of Defendant John Doe #1 in the complaint.  If the motion is granted, the Court will direct the U.S. Marshal to serve Defendant John Doe #1.  However, if Plaintiff fails to identify Defendant John Doe #1, then

1

any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identity of Defendant John Doe #1 that provides the Court with enough information to locate him for service of process; and

2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:    **March 24, 2026**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2