# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUCE ANTHONY MCPHERSON,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGUEZ, *et al.*,<br><br>Defendants. | Case No.  1:25-cv-00889-JLT-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE IDENTITY OF DEFENDANT JOHN DOE #1 IN THE COMPLAINT<br><br>(ECF No. 18)<br><br>ORDER DIRECTING PLAINTIFF FILE FIRST AMENDED COMPLAINT SUBSTITUTING OFFICER L. CASTREJON FOR DEFENDANT JOHN DOE #1<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Michael Bruce Anthony McPherson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendant John Doe #1 for violation of the Eighth Amendment for the incident on January 13, 2025.  (ECF No. 14.)

On March 24, 2026, the Court directed Plaintiff to file a motion to substitute the identity of Defendant John Doe #1 that provides the Court with enough information to locate him for service of process.  (ECF No. 15.)

On April 6, 2026, Plaintiff filed a motion to substitute the identity of Defendant John Doe #1.  (ECF No. 16.)  Plaintiff stated that as "John Doe #1 is a 'correctional officer' under the

1

jurisdiction of CDCR, and the 'body cam' and 'building cam' has his 'Hispanic identity,' the California Department of Corrections and Rehabilitation; legally is responsible for John Doe #1 and substituted as such; the new defendant." (*Id.*)  Plaintiff further asserted that service shall be on the attorney general.  (*Id.*)

On April 8, 2026, the Court denied Plaintiff's motion for substitution without prejudice and granted him an extension of time to identify Defendant John Doe #1.  (ECF No. 17.)

On May 1, 2026, Plaintiff filed a notice of the identification of Defendant John Doe #1. (ECF No. 18.)  Plaintiff indicates that Defendant John Doe #1 is a correctional guard named Officer L. Castrejon, who is a California Department of Corrections and Rehabilitation employee. (*Id.*)  The Court construes the notification as a motion to substitute the name of Officer L. Castrejon.

Plaintiff's motion to substitute is granted.  Plaintiff is directed to file a first amended complaint substituting the name of Officer L. Castrejon for any reference to Defendant John Doe #1.  To assist Plaintiff, the Court will direct the Clerk of Court to send Plaintiff a copy of the complaint in this action.  <u>Plaintiff should not change any other allegations in the complaint besides the name of Officer L. Castrejon.</u>  Once the Court has received the first amended complaint that substitutes Officer L. Castrejon, the Court will order service of the amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to substitute, (ECF No. 18), is GRANTED, as discussed above;

2. The Clerk of the Court is directed to send Plaintiff a courtesy copy of the complaint (ECF No. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff is directed to file a first amended complaint substituting the name of Officer L. Castrejon for any reference to Defendant John Doe #1.  Plaintiff should not change any other allegations in the complaint.

///

///

**4. Plaintiff's failure to comply with this order will result in dismissal of any unidentified defendant from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   **May 5, 2026**                    /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE